UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF COATS,<br><br>         Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>         Defendant. | Case No.: 1:14-cv-00712- JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 12) |

On January 20, 2015, the parties stipulated for Defendant to have an extension of time to file a response to Plaintiff's opening brief. (Doc. 12.) Notably, the Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 3 at 4), and this is the first extension requested. Thus, an extension of thirty days is appropriate. Accordingly, **IT IS HEREBY ORDERED**:

1. The extension of time is **GRANTED**;
2. Defendant **SHALL** file a response to Plaintiff's opening brief on or before **February 19, 2015**.

IT IS SO ORDERED.

Dated: __**January 20, 2015**__         _____**/s/ Jennifer L. Thurston**_____
                                                            UNITED STATES MAGISTRATE JUDGE